

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CENTURY CITY<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>MUNICH<br>NEW YORK<br>PALO ALTO | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| bnagin@sidley.com<br>+1 212 839 5911 | FOUNDED 1866 | | |

February 24, 2017

<u>VIA ECF</u>

The Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Camden Plaza
Brooklyn, NY 11201

Re:   *<u>Joseph Washington et al. v. Caliber et al.</u>*, *<u>No. 16-CV-03948</u>* **(E.D.N.Y.)**

Dear Magistrate Judge Gold:

      This firm represents Defendants Caliber Home Loans, Inc. ("<u>Caliber</u>") and U.S. Bank Trust National Association, not in its individual capacity but solely as trustee (the "<u>Trustee</u>," and, with Caliber, the "<u>Caliber Defendants</u>") for LSF9 Master Participation Trust ("<u>Trust</u>"). We write in brief response to Plaintiffs' February 21, 2017 letter (the "<u>February 21 Letter</u>").

      During the December 20, 2016 conference, the Court granted in part an application to stay discovery pending the resolution of motions to dismiss by the defendants, including the Caliber Defendants ("<u>12/20 Order</u>"). In this regard, the Court permitted Plaintiffs to serve limited document requests for readily retrievable documents. Nearly a month after the conference, Plaintiffs served extremely broad document requests seeking "All documents" regarding a variety of topics, several of which were unconnected to the named plaintiffs in this putative class action, including, for example, "All documents concerning all Loss Mitigation options you have offered borrowers from January 1, 2014 to present" ("<u>Requests</u>"). In response to the Requests, the Caliber Defendants timely responded and objected on February 17, 2017, agreed to produce a focused set of documents in accordance with the 12/20 Order, and proposed a meet and confer regarding the remainder of the Requests. After rejecting two proposed times for an initial discussion regarding the Requests on February 21, 2017, Plaintiffs filed the February 21 Letter raising an "anticipate[d]" purported dispute that they had not yet even discussed with the Caliber Defendants.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



The Hon. Steven M. Gold
February 24, 2017
Page 2

      In short, discussion of the Plaintiffs' anticipated discovery disputes at the hearing would be premature.  We look forward to engaging in a meaningful meet and confer process with the Plaintiffs.

      Respectfully submitted,

      /s Benjamin R. Nagin

      Benjamin R. Nagin

cc:    All Counsel of Record (via ECF)