## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | February 27, 2017 |
| **TIME:** | 4:00 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-3948 (ENV)** |
| **NAME OF CASE(S):** | Washington v. Caliber Home Loans, Inc. et al |
| **FOR PLAINTIFF(S):** | **Lynch, Houk, Fasano and Jun** |
| **FOR DEFENDANT(S):** | **Moore and Schachner for HUD, Nagin and Whitman for Caliber and US Bank Trust as Trustee** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **4:02-4:22** |
| **RULINGS FROM STATUS CONFERENCE:** | |
| **Plaintiffs' application to compel disclosure by HUD of an administrative record is denied for reasons stated on the record.** | |