**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
:
JOSEPH WASHINGTON, ST. CLAIR : 
BLACKETT, LUCILLE MASON AND : No. 16-CV-03948 (ENV)(SMG)
MELISSA TROTMAN on behalf of :
themselves and all others similarly :
situated, :
:
                       Plaintiffs, :
:
       -against- :
:
UNITED STATES DEPARTMENT OF :
HOUSING AND URBAN DEVELOPMENT :
(HUD), JULIAN CASTRO IN HIS OFFICIAL :
CAPACITY AS SECRETARY OF HUD, :
EDWARD GOLDING IN HIS OFFICIAL :
CAPACITY AS COMMISSIONER OF THE :
FEDERAL HOUSING ADMINISTRATION, :
CALIBER HOME LOANS, INC., AND U.S. :
BANK TRUST, N.A., AS TRUSTEE FOR :
LSF9 MASTER PARTICIPATION TRUST, :
:
                       Defendants. :
:
------------------------------------------------------------X

# CALIBER DEFENDANTS' NOTICE OF MOTION TO DISMISS
# THE FIRST AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendants Caliber Home Loans, Inc. and U.S. Bank Trust N.A., not in its individual capacity but solely as trustee for LSF9 Master Participation Trust, by their undersigned counsel, will move this Court before the Honorable Eric N. Vitaliano, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to the scheduling order issued on April 17, 2017, for an order dismissing Plaintiffs' First Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 3, 2017

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
Melissa Colón-Bosolet
mcolon-bosolet@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax.: (212) 839-5599

Angela C. Zambrano
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel.: (214) 981-3300
Fax.: (214) 981-3400

*Counsel for Defendants Caliber Home Loans, Inc. and U.S. Bank Trust N.A., not in its individual capacity, but solely as trustee for LSF9 Master Participation Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, the foregoing Notice of Motion to Dismiss the First Amended Class Action Complaint was served on the following persons by email at the email addresses listed below, in accordance with the agreement of the parties to email service and the Individual Rules of the Honorable Eric N. Vitaliano.

Carolyn E. Coffey
MFY Legal Services, Inc.
299 Broadway, 4th Floor
New York, NY 10007
ccoffey@mfy.org

Christopher Fasano
MFY Legal Services, Inc.
299 Broadway, 4th Floor
New York, NY 10007
cfasano@mfy.org

Linda Jun
MFY Legal Services, Inc.
299 Broadway, 4th Floor
New York, NY 10007
ljun@mfy.org

Elizabeth M. Lynch
MFY Legal Services, Inc.
299 Broadway, 4th Floor
New York, NY 10007
elynch@mfy.org

Diane L. Houk
Emery Celli Brinckerhoff & Abady PC
600 Fifth Avenue, 10th Floor
New York, NY 10020
dhouk@ecbalaw.com

Douglas E. Lieb
Emery Celli Brinckerhoff & Abady PC
600 Fifth Avenue, 10th Floor
New York, NY 10020
dlieb@ecbalaw.com

Matthew D. Brinckerhoff
Emery Celli Brinckerhoff & Abady PC
600 Fifth Avenue, 10th Floor
New York, NY 10020
mbrinckerhoff@ecbalaw.com

/s/ Melissa Colón-Bosolet
Melissa Colón-Bosolet