

**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*20 Massachusetts Avenue, N.W.*
*Washington, DC 20530*

May 18, 2018

**BY CM/ECF DELIVERY**
The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Joseph Washington, et al. v. United States Department of Housing & Urban Development, et al.*,
    Civil Action No. CV-16-3948 (E.D.N.Y.) (Vitaliano, J.) (Gold, M.J.)

Dear Magistrate Judge Gold:

  The undersigned counsel represent Defendants the United States Department of Housing and Urban Development ("HUD"), Ben Carson, in his official capacity as Secretary of HUD, and the Federal Housing Administration (collectively, "the Federal Defendants").

  The Federal Defendants submit this letter to inform the Court that although the undersigned will be out of the country on vacation next week, Assistant United States Attorney, Elliot M. Schachner will participate in the May 24, 2018 conference call that Your Honor has scheduled to discuss Plaintiffs' Letter Motion for Discovery.

                Respectfully submitted,

                CHAD A. READLER
                Acting Assistant Attorney General

RICHARD P. DONOGHUE       LESLEY R. FARBY
United States Attorney         Assistant Branch Director
Eastern District of New York

ELLIOT M. SCHACHNER        By: *Tamra T. Moore*

| | |
|---|---|
| Assistant United States Attorney<br>Eastern District of New York | TAMRA T. MOORE<br>Trial Attorney<br>United States Department of Justice<br>Civil Division – Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC  20530<br>(202) 305-8628 |

cc: All Counsel of Record (via ECF)