

April 3, 2019

**Via Electronic Filing**

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Camden Plaza
Brooklyn, NY 11201

      Re:    *Letter Motion to Withdraw Linda Jun and Elizabeth M. Lynch*
              *Washington, et al. v. HUD, et al.,* 16-CV-3948 (ENV) (SMG)

Your Honor:

      Mobilization for Justice ("MFJ"), along with Emery Celli Brinkerhoff & Abady LLP, represent the Plaintiffs in the above-referenced action. We write to request the withdrawal from this case of two attorneys no longer employed by MFJ: **Linda Jun** and **Elizabeth M. Lynch**.

      As MFJ still remains the attorney of record for the case, with myself and Carolyn Coffey representing Plaintiffs, we have not served this request upon Plaintiffs. As per Local Civil Rule 1.4, the current procedural posture of the case is that motions to dismiss, to amend and for partial summary judgment are fully submitted and are pending.

Respectfully,

    /s/

_____
Christopher Fasano


c:      All Counsel of Record (via e-filing)