

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

BNAGIN@SIDLEY.COM
+1 212 839 5911

April 22, 2019

**By ECF**

Hon. Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Joseph Washington et al. v. U.S. Dep't of Housing and Urban Development (HUD) et al.*, 16-CV-03948 (ENV) (SMG)

Dear Magistrate Judge Gold:

    We represent Defendants Caliber Home Loans, Inc., and U.S. Bank Trust, National Association, not in its individual capacity but solely as trustee for LSF9 Master Participation Trust (together, "Caliber Defendants"). With Plaintiffs' counsel's permission, we write to advise the Court that the parties have reached agreements in principle to resolve the claims of Plaintiffs Joseph Washington, St. Clair Blackett, and Lucille Mason against the Caliber Defendants (which are the sole claims asserted against the Caliber Defendants).

    The parties will submit a stipulation of dismissal as to Plaintiffs Washington, Blackett, and Mason once the written settlement agreements are finalized. Plaintiffs' counsel have informed us that they intend to seek to add plaintiffs to the action. Counsel for the Caliber Defendants reserve all rights to object to any such effort and will respond to any such development at the appropriate time.

    Thank you for your consideration.

                              Respectfully submitted,

                              /s/ Benjamin R. Nagin

                              Benjamin R. Nagin

cc: All counsel of record (by ECF)